ESEN CORPORATION *v.* EMSES, INC., ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is granted as to the appeals taken by the defendants Emses, Inc., and Eleanor Prevedini only and is denied as to the appeal taken by the defendant Val Prevedini.

*I. Milton Widem,* for the appellee (plaintiff).

*Daniel J. Hagearty,* for the appellants (defendants).

Argued October 3—decided October 4, 1967

JOHN M. COVALESKI, SR. *v.* DELMONT MERRILL ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is granted.

*Edward Seltzer,* for the appellee (plaintiff).

*Snow G. Munford,* for the appellants (defendants).

Argued October 3—decided October 4, 1967

BELL AND STANTON, INC. *v.* ROBERT LAUGHLIN ET AL.

The motion by the named defendant to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Burton M. Weinstein,* for the appellee (named defendant).

*Irwin J. Gordon,* for the appellant (plaintiff).